## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALLISON G. EATON | ) | |
| Plaintiff | ) | |
| vs. | ) | Civil No. RDB 09-2113 |
| UPPER CHESAPEAKE MEDICAL CENTER, INC., et al. | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

## STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS
## AGAINST ALL DEFENDANTS

IT IS HEREBY STIPULATED that the claims of Plaintiff Allison Eaton, asserted against Defendants Upper Chesapeake Medical Center, Inc., Upper Chesapeake Health System, Inc., and Upper Chesapeake Medical Services, Inc., in the above-captioned action, are hereby dismissed with prejudice, and that the Court may enter an order accordingly.  The parties agree that they will not seek Court-awarded costs or fees in relation to this lawsuit.

Defendants' counsel has authorized Plaintiff's counsel to sign this Request on their behalf.

2

Respectfully submitted,


___/s/_____
Melissa Felder (D.C. Bar No. 497459)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, DC 20015
(202) 274-2727 (telephone)
(202) 237-6131 (fax)
*Admitted pro hac vice*


___/s/_____
Marc Charmatz (Fed. Bar No. 09358)
Rosaline Crawford (Fed. Bar No. 15643)
NATIONAL ASSOCIATION OF THE DEAF
LAW AND ADVOCACY CENTER
8630 Fenton Street, Suite 820
Silver Spring, Maryland 20910
(301) 587-7732 (telephone)
(301) 587-1791 (fax)


*Attorneys for Plaintiff*


____/s/_____
Kraig B. Long (Fed Bar No. 25747)
Eric Hemmendinger (Fed Bar No. 02050)
SHAWE & ROSENTHAL, LLP
20 S. Charles Street, 11th Floor
Baltimore, Maryland 21201
(410) 752-1040 (telephone)
(410) 752-8861 (fax)


*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Stipulation of Dismissal of Plaintiff's

Claims Against All Defendants was electronically filed and thereby served this 4th day of

March, 2010 on:

Kraig B. Long (Fed Bar No. 25747)
Eric Hemmendinger (Fed Bar No. 02050)
SHAWE & ROSENTHAL, LLP
20 S. Charles Street, 11th Floor
Baltimore, Maryland 21201
(410) 752-1040 (telephone)
(410) 752-8861 (fax)

Marc Charmatz (Fed. Bar No. 09358)
Rosaline Crawford (Fed. Bar No. 15643)
NATIONAL ASSOCIATION OF THE DEAF
LAW AND ADVOCACY CENTER
8630 Fenton Street, Suite 820
Silver Spring, Maryland 20910
(301) 587-7732 (telephone)
(301) 587-1791 (fax)

                                            /s/
                                    Melissa Felder